PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WEST MARINE PRODUCTS INC., a Florida corporation, and DOES 1 through 10, inclusive, <br> Defendants. | Case No. 5:22-cv-02082-DSF-AS <br> Judge: Honorable Dale S. Fischer <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sonya
2  Valenzuela dismisses without prejudice this action against West Marine Products Inc.
3  Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a
4  motion for summary judgment.

6  Dated: November 28, 2022          PACIFIC TRIAL ATTORNEYS

8                                    By: */s/ Scott J. Ferrell*
                                           Scott J. Ferrell
9                                          Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.